No. A–421 (90–7201). BORROTO ET AL. *v.* UNITED STATES. C. A. 11th Cir. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–930. IN RE DISBARMENT OF HOBSON. Disbarment entered. [For earlier order herein, see 497 U. S. 1056.]

No. D–932. IN RE DISBARMENT OF BUSSEY. Disbarment entered. [For earlier order herein, see 497 U. S. 1056.]

No. D–984. IN RE DISBARMENT OF FLINN. It is ordered that Gene Flinn, of Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–985. IN RE DISBARMENT OF ROGERS. It is ordered that Michael J. Rogers, of Burleson, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–986. IN RE DISBARMENT OF ZAUBER. It is ordered that Kenneth Paul Zauber, of North Brunswick, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–987. IN RE DISBARMENT OF BALLARD. It is ordered that F. Michael Ballard, of Fairfax, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 89–1905. WISCONSIN PUBLIC INTERVENOR ET AL. *v.* MORTIER ET AL. Sup. Ct. Wis. [Certiorari granted, 498 U. S. 1045.] Motion of respondents to permit California to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 90–622. FLORIDA *v.* JIMENO ET AL. Sup. Ct. Fla. [Certiorari granted, 498 U. S. 997.] Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* out of time denied. Motion of National Association of Crimi-